IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 15-cv-728-JLK

**MIKESHA FRANKLIN, f/k/a MIKESHA HENRY,**

    Plaintiff,

v.

**LIBERTY ACQUISITIONS SERVICING, LLC
f/k/a LIBERTY ACQUISITIONS, LLC**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Notice of Voluntary Dismissal with Prejudice (Doc. 6), filed June 12, 2015, it is

**ORDERED** Pursuant to Fed. R. Civ. P. 41(a) that the case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: June 15, 2015

BY THE COURT:

*S/John L. Kane*
SENIOR U.S. DISTRICT COURT JUDGE